PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey
## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Murphy Jackson  Cr.: 99-00360-001

Name of Sentencing Judicial Officer: Honorable Harold A. Ackerman, Senior U.S. District Judge

Date of Original Sentence: 05/24/00

Original Offense: Possession of a Weapon by a Convicted Felon

Original Sentence: 90 months imprisonment; 3 years supervised release

Type of Supervision: Supervised Release  Date Supervision Commenced: 09/22/06

Assistant U.S. Attorney: Lee H. Vilker  Defense Attorney: Stacy Biancamano

### PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**' |
| | On August 25, 2007, the offender was arrested by Newark Police Department and charged with Possession of CDS, Manufacture/Distributing CDS, CDS near School Property, Possession of a Weapon, and Unlawful Possession of a Weapon. The investigation reports state officers observed Jackson conduct a narcotic transaction. The officers approached the offender at which point he dropped a clear plastic bag containing nine glassine envelopes of suspected heroin stamped "Bumpy Johnson." During a brief foot pursuit, the offender was observed reaching into his right side waistband and remove a black handgun and throw it. The officer, without losing sight of the item, was able to recover the handgun which was later identified as powerline, model 15XT, 1.77BB, caliber 4.5mm. Jackson is currently being held in Essex County Jail, Newark, New Jersey. |
| 2 | The offender has violated the supervision condition which states '**You shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.**' |
| | The offender failed to notify the probation officer within 72 hours of being arrested by the East Orange Police Department on February 13, 2007 and by the Newark Police Department on August 25, 2007. |

I declare under penalty of perjury that the foregoing is true and correct.

By: Elisa Martinez
U.S. Probation Officer
Date: 09/11/07

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____
[ ] No Action
[ ] Other

Signature of Judicial Officer

Sept 18, 2007
Date